IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3134 |
| | ) | |
| V. | ) | |
| | ) | |
| KORINA KIT KUCERA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the court's request and with the parties' consent, the defendant's change of plea hearing is rescheduled from 2:30 P.M. to 11:30 A.M. on April 2, 2010.

DATED this 29th day of March, 2010.

s/ *Cheryl R. Zwart*
United States Magistrate Judge