## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KORINA KUCERA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The defendant's unopposed motion to continue sentencing (filing 82) is granted.

(2)    Defendant Kucera's sentencing is continued to Thursday, July 8, 2010, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

(3)    The defendant's motion to file request to deviate out of time (filing 84) is granted.

Dated June 24, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge