IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3134 |
| | ) | |
| V. | ) | |
| | ) | |
| KORINA KIT KUCERA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the unopposed oral motion of the plaintiff,

IT IS ORDERED that Defendant Kucera's sentencing is continued to Thursday, January 27, 2011, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 4th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge