# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3134-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| KORINA KIT KUCERA, | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that Defendant Kucera's sentencing is continued to Friday, February 4, 2011, at 1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated January 27, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge